

Jonathan D'Agostino, Esq.*•+
Frank J. DiBari, Esq.*•
Glen Devora, Esq.*•
Edward J. Pavia Jr., Esq.*
Jaclyn E. Howe, Esq.*
Jon Ryan D'Agostino, Esq.*•
Glenn Schwartz, Esq. *•
Jenna P. D'Agostino, Esq. +

* Licensed to practice in New York
• Licensed to practice in New Jersey
+ Licensed to practice in Tennessee

**THE LAW TEAM OF**
**Jonathan D'Agostino & Associates, P.C.**

ALL MAIL TO:
3309 Richmond Avenue
Staten Island, NY 10312
(718) 967-1600
Fax (718) 967-8677
888-24-LAW-24
www.DAGLAWTEAM.com

Additional Offices:
New Jersey
8 Broad Street
Freehold, New Jersey 07728

922 Main Street Suite 202
Paterson, NJ 07503-2602

New York
275 Madison Avenue 35th Floor
New York, New York 10016

Tennessee
2126 21st Avenue South
Nashville, Tennessee 37212

**MEMO ENDORSED**

November 15, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2019
```

Hon. Katharine Parker
United States District Court
Southern District of New York
500 Pearl Street, court room 17D
New York, New York 10007-1312

Re:   MELVINA RENNIE vs. UNITED STATES OF AMERICA and
            UNITED STATES POSTAL SERVICE
      Civil Action No.: 1:18-cv-06810
      D/L: May 12, 2017
      Our File No.: Q19677

Honorable Judge Parker:

Please accept this correspondence as Counsel's joint request to adjourn the currently scheduled conference on November 18, 2019 to December 2, 2019 as the parties are close to resolution of this matter.

Respectfully submitted,

JACLYN E. HOWE, ESQ.
Bar Number JH 2290

cc:   Brandon Cowart
      Assistant United States Attorney
      Southern District of New York
      86 Chambers Street, 3rd Floor
      New York, NY  10007

**APPLICATION GRANTED:** The Case Management Conference in this matter that is scheduled for Monday, November 18, 2019 at 10:45 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Monday, December 2, 2019 at 10:15 a.m.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
11/15/2019