```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
```

MELVINA RENNIE,

                              Plaintiff,

            -against-

UNITED STATES OF AMERICA and UNITED STATES
POSTAL SERVICE,

                            Defendants.

```
------------------------------------------------------------------X
```

18-CV-6810 (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On December 2, 2019, the parties met for a case management conference. The parties are directed to file a joint letter by no later than **January 1, 2020** to update the Court as to the status of settlement discussions.

**SO ORDERED.**

Dated: New York, New York
       December 3, 2019

                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge